# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -00868(1) |
| | § |
| (1) Julio Cesar Martinez-Martinez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 25, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, KAUTENBERGER, SHANE** and that this complaint is based on the following facts: "On or about March 23, 2025 , the defendant, Julio Cesar MARTINEZ-Martinez, an alien who is a native and citizen of Mexico , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

Sworn to before me and subscribed in my presence,

/s/ KAUTENBERGER, SHANE
Signature of Complainant
KAUTENBERGER, SHANE
Border Patrol Agent

03/26/2025
File Date

at DEL RIO, Texas
City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer